COM.

v.

**BALLARD, J.**

**1362 MDA 2016**

Superior Court of Pennsylvania.

06/27/2017

CP–67–CR–0002520–2015 (York)

Affirmed—Application to Withdraw as Counsel Granted